THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
David Thomas Oakes,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2003-UP-295
Submitted February 20, 2003 - Filed 
 April 30, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Thomas E. Pope, of York; for Respondent.
 
 
 

PER CURIAM: David Thomas Oakes, Jr. was 
 convicted of driving under the influence, driving under suspension, and failure 
 to stop for a blue light.  He was sentenced to concurrent terms of five years 
 in prison for DUI, three years in prison for failure to stop, and six months 
 in prison for DUS. (R. 333) Oakes appeals, arguing the trial court erred 
 in denying his motion to suppress his breathalyzer results because the administration 
 of the test was not videotaped as required by S.C. Code Ann. § 56-5-2953 (Supp. 
 2001).  After a thorough review of the record and counsels brief pursuant to 
 Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Oakess appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.